# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Job Options, Inc. | )     ASBCA No. 59506 |
| | ) |
| Under Contract No. W91YTV-11-C-0004 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Jeffrey Johnson
       CEO

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
       Army Chief Trial Attorney
       MAJ Cameron Edlefsen, JA
       Trial Attorney

## ORDER

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 September 2014

TIMOTHY P. McILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59506, Appeal of Job Options, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals